IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED-USDC-NDTX-DA
'25 SEP 23 PM2:51
KM

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No.  4:25-cr-239-P |
| TORRENCE THOMAS (01) | |

### INDICTMENT

The Grand Jury Charges:

<u>Count One</u>
Felon in Possession of a Firearm
[Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8)]

On or about April 21, 2025, in the Fort Worth Division of the Northern District of Texas, the defendant, **Torrence Thomas**, knowing that he had been convicted of a crime punishable by imprisonment in excess of one year, did knowingly possess the following firearm, to wit: a Sota Arms Inc., model: PA15, multi-caliber rifle, bearing serial number: PA10827, said firearm having been shipped and transported in interstate commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

**Indictment – Page 1 of 2**

Forfeiture Notice
[18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)]

Upon conviction for the offense alleged in Count One of this Indictment and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **Torrence Thomas**, shall forfeit to the United States of America any firearm, magazine and ammunition involved in or used in the commission of the offense, including, but not limited to, the following:

- a Sota Arms Inc., model: PA15, multi-caliber rifle, bearing serial number: PA10827; and
- all associated ammunition and magazines.

A TRUE BILL.

_____
FOREPERSON

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

_____
SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: (817) 252-5200
Fax: (817) 252-5455
Email: shawn.smith2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

TORRENCE THOMAS (01)

INDICTMENT

18 U.S.C. §§ 922(g)(1) and 924(a)(8)
Felon in Possession of a Firearm
Count 1

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

A true bill rendered

FOREPERSON

DALLAS

Filed in open court this  23  day of September, 2025.

**Defendant in Federal custody**

---

UNITED STATES MAGISTRATE JUDGE
Magistrate Number: 4:25-MJ-370-BJ